1
2
3
4
5
6
7                     UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11   DODITH TORRES,                          Case No.  5:16-cv-03342-EJD

              Plaintiff,
12                                           **ORDER TO SHOW CAUSE RE:**
        v.                                   **SETTLEMENT**
13

14   BARCLAY'S BANK DELAWARE,

              Defendant.
15

16        The parties, having filed a Notice of Settlement (Dkt. No. 77), are ordered to appear before

17   the Honorable Edward J. Davila on **July 20, 2017, at 10:00 AM** in Courtroom No. 4, 5th Floor,

18   United States District Court, 280 South First Street, San Jose, California, 95113, to show cause

19   why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  On or

20   before **July 13, 2017**, the parties shall file a joint statement in response to the Order to Show

21   Cause setting forth the status of settlement efforts as well as the amount of additional time

22   necessary to finalize and file a dismissal.

23        The Order to Show Cause shall be automatically vacated and the parties relieved of the

24   obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil

25   Procedure 41(a) is filed on or before **July 13, 2017.**

26        All other pretrial deadlines and hearing dates are VACATED and any pending motions are

27   TERMINATED.

28                                            1
     Case No.: 5:16-cv-03342-EJD
     ORDER TO SHOW CAUSE RE: SETTLEMENT

United States District Court
Northern District of California

1    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

2    the action.

3

4        **IT IS SO ORDERED.**

5    Dated: June 8, 2017

6    _____

7    EDWARD J. DAVILA
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 5:16-cv-03342-EJD
ORDER TO SHOW CAUSE RE: SETTLEMENT

United States District Court
Northern District of California